IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEILA SMITH**                                                                                          **PLAINTIFF**

**VS.**                               **CASE NO. 4:23-CV-805 JM**

**HOLLYWOOD**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE